UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


OFFICE:  TRENTON

JUDGE  THOMPSON

COURT REPORTER:   M. KALBACH

TITLE OF CASE:

MELINDA CHAPMAN
        v.
STATE OF NEW JERSEY, et al.

December 20, 2011
DATE OF PROCEEDINGS


Docket #   08-4130


APPEARANCES:
Robert F. Renaud, Esq. for Plaintiff.
Leonard C. Leicht, Esq. for Defendants, Mark Primerano, Michael Poskay, Robert Crutchley, Douglas Lemanowicz & John Eustace.


NATURE OF PROCEEDINGS:                     TRIAL
Trial with jury continued before the Honorable Anne E. Thompson.
Ordered danish be provided to the 10 jurors from Acme Supermarkets in Trenton NJ.
Jury resumes deliberations at 9:30 a.m.

Ordered lunch be provided to the 10 jurors from Cafe Antonio's in Morrisville PA.
Jury returned to Court with jury communication #3 at 1:35 p.m.
Jury resumes deliberations at 1:38 p.m.
Jury communication #3 filed.
Jury communication #3A filed.
Jury returned to Court with jury communication #4 at 2:35 p.m.
Jury resumes deliberations at 2:37 p.m.
Jury communication #4 filed.
Jury returned to Court with jury communication #5 at 2:45 p.m.
Jury resumes deliberations at 2:47 p.m.
Jury communication #5 filed.
Jury communication #6 filed at 3:00 p.m.
Jury returns to courtroom at 3:10 p.m.
The Court declares a Mistrial.
Ordered jury discharged.
Ordered exhibits returned to counsel.

Time commenced:  9:30   Time Adjourned:  3:15   Total Time:  1 hr.

/s/ John G. Basilone
DEPUTY CLERK